UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BOBBY D. HIGGINBOTHAM** | **CIVIL ACTION NO. 13-2114** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action filed as a Petition for Writ of *Habeas Corpus,* pursuant to 28 U.S.C. § 2244(d), be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner's "Motion for Second Supplement to Writ of *Habeas Corpus*" [Doc. No. 8] is **GRANTED IN PART and DENIED IN PART**. To the extent that Petitioner sought to supplement the record with additional argument and the attached documents, the motion is **GRANTED**. To the extent that Petitioner moved for a hearing in this matter, the motion is **DENIED**.

**MONROE, LOUISIANA,** this 26th day of August, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE